

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2017

No. 04-16-00744-CV

**IN THE INTEREST OF S.J.J. AND C.M.J.**, Children,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02907
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. On January 19, 2017, we ordered Mr. Craig Carter, the court reporter responsible for preparing one of the records in this appeal, to file the reporter's record on or before January 30, 2017. *See* TEX. R. APP. P. 35.1(b) (requiring a reporter's record in an accelerated appeal to be filed within ten days). On January 23, 2017, Mr. Carter filed a notification of late reporter's record requesting an extension to February 28, 2017.

Texas Rule of Appellate Procedure 35.1(b) requires a court reporter to file a reporter's record in an accelerated appeal within ten days. TEX. R. APP. P. 35.1(b). Further, with regard to parental termination accelerated appeals, Rule 28.4(b)(2) states that while we may grant the court reporter an extension of time, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." TEX. R. APP. P. 28.4(b)(2). Mr. Carter states in his notification that his "other duties or activities preclude [him] from working on the record." We do not consider working on other appeals an extraordinary circumstance. Although we understand there are competing demands on the court reporter's time, these demands do not constitute extraordinary circumstances and cannot justify lengthy delays in filing the record and potential prejudice to appellant's rights.

We therefore GRANT IN PART AND DENY IN PART the motion for extension of time and ORDER Mr. Craig Carter to file the record **by February 20, 2017. NO FURTHER EXTENSIONS WILL BE GRANTED.** If Mr. Carter is unable to perform all his duties and complete the record in a timely manner, he must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered. *See* TEX. R. APP. P. 28.4(b)(1) ("In addition to the responsibility imposed on the trial court in Rule 35.3(c), when the reporter's responsibility to prepare, certify and timely file the

reporter's record arises under Rule 35.3(b), the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary."). **If the record is not filed by the date ordered, we will order Mr. Carter to appear and show cause why he should not be held in contempt**.

We further ORDER the Clerk of this Court to serve a copy of this order on Mr. Carter by first class United States mail and by certified mail, return receipt requested. We also ORDER the Clerk of this Court to serve a copy of this order on the trial court. *See* TEX. R. APP. P. 28.4(b)(1); 35.3(c).

It is so ORDERED on this 25th day of January 2016

**PER CURIAM**

ATTESTED TO: _____

          Keith E. Hottle
          Clerk of Court

